1  LATHAM & WATKINS LLP
2     Paul H. Dawes (Bar No. 55191)
      paul.dawes@lw.com
3  140 Scott Drive
   Menlo Park, California 94025-3625
4  Telephone: (650) 328-4500
   Fax: (650) 463-2600

5  LATHAM & WATKINS LLP
6     Charles W. Cox (Bar No. 162854)
      chuck.cox@lw.com
7     Ryan D. White (Bar No. 255201)
      ryan.white@lw.com
8  355 South Grand Avenue
   Los Angeles, California 90071-1560
9  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763

10 Attorneys for Defendant The Cooper
   Companies, Inc.
11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14                            **SOUTHERN DIVISION**

15

16  IN RE COOPER COMPANIES INC., | CASE NO. SACV 06 00169 CJC (RNB)
    SECURITIES LITIGATION
17                              | **JOINT NOTICE OF PROPOSED
                                | CLASS ACTION SETTLEMENT AND
18                              | [PROPOSED] ORDER VACATING
                                | CASE SCHEDULING DATES**
19
20                              | Pretrial Conference Date: No date set
                                | Trial Date:              July 6, 2010
21
22
23
24
25
26
27
28

1  WHEREAS, on March 10, 2010, the Court held a Scheduling Conference and set this case for trial on July 6, 2010 [Dkt No. 367];

WHEREAS, at the March 10, 2010 Scheduling Conference, the Court directed the parties to engage in mediation prior to trial and the parties agreed to mediate this dispute before the Hon. Layn R. Phillips (Ret.) [Dkt No. 379];

WHEREAS, as a result of a mediation before Judge Phillips on April 26, 2010, the parties have reached a resolution of this dispute subject to final documentation and required court approvals; and

WHEREAS, the parties jointly desire to avoid any unnecessary expenditure of Court and litigant resources during the approval process.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate and jointly request that the Court order as follows:

1. All case scheduling dates are hereby VACATED until further notice of the Court.

Dated: May 5, 2010

LATHAM & WATKINS LLP
Paul H. Dawes
Charles W. Cox
Ryan D. White

By /s/ Charles W. Cox
Charles W. Cox
Attorneys for Defendant The Cooper Companies, Inc.

Dated: May 5, 2010

MORRISON & FOERSTER LLP
Jordan Eth
Judson E. Lobdell
Mark R.S. Foster
Stacey M. Sprenkel

By /s/ Judson E. Lobdell
Judson E. Lobdell
Attorneys for Individual Defendants A. Thomas Bender, Robert S. Weiss, and Gregory A. Fryling

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2092497.1

1

CASE NO. SACV-06-00169-CJC (RNB)
JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated: May 5, 2010 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | X. Jay Alvarez |
| | | Jonah H. Goldstein |
| 3 | | G. Paul Howes |
| 4 | | By  /s/ X. Jay Alvarez_____ |
| | | X. Jay Alvarez |
| 5 | | Lead Counsel for Plaintiffs |