ROBBINS GELLER RUDMAN
  & DOWD LLP
KEITH F. PARK (54275)
X. JAY ALVAREZ (134781)
JONAH H. GOLDSTEIN (193777)
G. PAUL HOWES (187772)
RYAN A. LLORENS (225196)
DARRYL J. ALVARADO (253213)
MAUREEN E. MUELLER (253431)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
keithp@rgrdlaw.com
jaya@rgrdlaw.com
jonahg@rgrdlaw.com
paulh@rgrdlaw.com
ryanl@rgrdlaw.com
dalvarado@rgrdlaw.com
mmueller@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re COOPER COMPANIES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. SACV-06-00169-CJC(RNBx)<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:     December 13, 2010<br>TIME:     1:30 p.m.<br>COURTROOM:  9B The Honorable<br>                    Cormac J. Carney |

577334_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 13, 2010, at 1:30 p.m., in the Courtroom of the Honorable Cormac J. Carney, United States District Judge, at the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. Fourth Street, Santa Ana, California, Lead Plaintiffs will and hereby move for orders (1) finally approving the settlement as set forth in the Stipulation of Settlement dated as of July 28, 2010 ("Stipulation"), and dismissing the Litigation with prejudice; (2) approving the Plan of Allocation of settlement proceeds; and (3) awarding Plaintiffs' Lead Counsel attorneys' fees of 24.3% of the Settlement Fund and expenses and one of Lead Plaintiff's expenses. Lead Plaintiffs' motion is based upon the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Points and Authorities in Support of Motion for an Award of Attorneys' Fees and Expenses, the declarations of counsel and Lead Plaintiffs submitted in support thereof, the Stipulation, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing on Lead Plaintiffs' motion.

DATED: September 7, 2010

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
KEITH F. PARK
X. JAY ALVAREZ
JONAH H. GOLDSTEIN
G. PAUL HOWES
RYAN A. LLORENS
DARRYL J. ALVARADO
MAUREEN E. MUELLER

        s/ Keith F. Park
        KEITH F. PARK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

- 1 -

577334_1

| | |
|---|---|
| 1 | |
| 2 | SCHWARZWALD McNAIR & FUSCO LLP |
| 3 | EBEN O. McNAIR<br>616 Penton Media Building |
| 4 | 1300 East Ninth Street<br>Cleveland, OH 44114-1503 |
| 5 | Telephone: 216/566-1600<br>216/566-1814 (fax) |
| 6 | ZAUSMER, KAUFMAN, AUGUST |
| 7 | & COLDWELL, P.C.<br>MARK J. ZAUSMER |
| 8 | 31700 Middlebelt Road, Suite 150<br>Farmington Hills, MI 48334-2374 |
| 9 | Telephone: 248/851-4111<br>248/851-0100 (fax) |
| 10 | Additional Counsel for Plaintiffs |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

577334_1

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 7, 2010.

s/ Keith F. Park
KEITH F. PARK

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:       KeithP@rgrdlaw.com

577334_1

3

# Mailing Information for a Case 8:06-cv-00169-CJC-RNB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl James Alvarado**
  dalvarado@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Timothy J Burke**
  service@ssbla.com

- **Charles W Cox , II**
  chuck.cox@lw.com,cathy.molina@lw.com

- **Jordan David Eth**
  jeth@mofo.com,npan@mofo.com,nurbina@mofo.com

- **Mark R S Foster**
  mfoster@mofo.com

- **Michiyo M Furukawa**
  mfurukawa@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Michele D Johnson**
  michele.johnson@lw.com,#ocecf@lw.com,jana.roach@lw.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com

- **Judson E Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Eben O McNair , IV**
  emcnair@smcnlaw.com

- **Maureen E Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Stacey M Sprenkel**
  ssprenkel@mofo.com,jhaskins@mofo.com

- **Jeff S Westerman**

**4**

jwesterman@milberg.com,cchaffins@milberg.com

- **Ryan Darren White**
  ryan.white@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul H Dawes
Paul Dawes Law  Offices
49 Wisteria Way
Atherton, CA 94027

Lauren G Kerkhoff
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

William S Lerach
Coughlin Stoia Geller Rudman and Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101

Karen T Rogers
Milberg LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071

Bruce G Vanyo
Katten Muchin
2029 Century Park East  Suite 2600
Los Angeles, CA 90067
```