ROBBINS GELLER RUDMAN
  & DOWD LLP
KEITH F. PARK (54275)
X. JAY ALVAREZ (134781)
JONAH H. GOLDSTEIN (193777)
G. PAUL HOWES (187772)
RYAN A. LLORENS (225196)
DARRYL J. ALVARADO (253213)
MAUREEN E. MUELLER (253431)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
keithp@rgrdlaw.com
jaya@rgrdlaw.com
jonahg@rgrdlaw.com
paulh@rgrdlaw.com
ryanl@rgrdlaw.com
dalvarado@rgrdlaw.com
mmueller@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re COOPER COMPANIES, INC. SECURITIES LITIGATION | No. SACV-06-00169-CJC(RNBx) |
| | CLASS ACTION |
| This Document Relates To: | LEAD PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. | |
| | DATE: December 13 2010<br>TIME: 1:30 p.m.<br>COURTROOM: The Honorable Cormac J. Carney |

581603_1

1  Pursuant to the Court's August 16, 2010 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), Lead Plaintiffs and Plaintiffs' Lead Counsel submit this Supplemental Memorandum in Further Support of Final Approval of Settlement, Plan of Allocation of Settlement Proceeds; and an Award of Attorneys' Fees and Expenses. As shown by the Declaration of Michael Joaquin Re A) Mailing of the Notice of Proposed Settlement of Class Action and the Proof of Claim and Release Form, and B) Publication of the Summary Notice ("Joaquin Decl."), submitted herewith, the Court-appointed claims administrator, Gilardi & Co. LLC ("Gilardi"), has complied with the Notice Order's provisions regarding notice to Class Members.

Since the commencement of the initial mailing of notice on August 23, 2010, Gilardi has mailed or otherwise provided the Court-approved Notice of Proposed Settlement of Class Action and Proof of Claim and Release form to 110,560 potential Class Members and/or nominees. Joaquin Decl., ¶¶3-7. This mailing was part of a comprehensive notice program that included mailing, publication, and internet posting. *Id.*, at ¶¶3-10. It more than adequately advised potential Class Members of the terms of the settlement, the Plan of Allocation of settlement proceeds, the request for an award of attorneys' fees and expenses, the date, time and place of the final approval hearing, and a Class Member's right to object or to be otherwise heard with respect to any of these matters. To date, Plaintiffs' Lead Counsel have received no written or oral objections to the settlement, the Plan of Allocation, or fee and expense request.[1] While not conclusive, "the fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents at least some objective positive commentary as to its fairness." *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998).

---

[1] The deadline for objections was October 4, 2010.

581603_1

Based on the foregoing, as well as the submissions previously made to the Court, Lead Plaintiffs and Plaintiffs' Lead Counsel respectfully request that the Stipulation of Settlement, the Plan of Allocation of settlement proceeds and the request for an award of attorneys' fees and expenses (including the expenses of one of the Lead Plaintiffs) be finally approved.

DATED: October 13, 2010

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
KEITH F. PARK
X. JAY ALVAREZ
JONAH H. GOLDSTEIN
G. PAUL HOWES
RYAN A. LLORENS
DARRYL J. ALVARADO
MAUREEN E. MUELLER

s/ Keith F. Park
KEITH F. PARK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SCHWARZWALD McNAIR
  & FUSCO LLP
EBEN O. McNAIR
616 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114-1503
Telephone: 216/566-1600
216/566-1814 (fax)

ZAUSMER, KAUFMAN, AUGUST
  & COLDWELL, P.C.
MARK J. ZAUSMER
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
Telephone: 248/851-4111
248/851-0100 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2010.

s/ Keith F. Park
KEITH F. PARK

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    KeithP@rgrdlaw.com

581603_1

-3-

# Mailing Information for a Case 8:06-cv-00169-CJC-RNB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl James Alvarado**
  dalvarado@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Timothy J Burke**
  service@ssbla.com

- **Charles W Cox , II**
  chuck.cox@lw.com,cathy.molina@lw.com

- **Jordan David Eth**
  jeth@mofo.com,npan@mofo.com,nurbina@mofo.com

- **Mark R S Foster**
  mfoster@mofo.com

- **Michiyo M Furukawa**
  mfurukawa@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Michele D Johnson**
  michele.johnson@lw.com,#ocecf@lw.com,jana.roach@lw.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com

- **Judson E Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Eben O McNair , IV**
  emcnair@smcnlaw.com

- **Maureen E Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Keith F Park**
  keithp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Stacey M Sprenkel**

-4-

ssprenkel@mofo.com,jhaskins@mofo.com

- **Jeff S Westerman**
  jwesterman@milberg.com,cchaffins@milberg.com

- **Ryan Darren White**
  ryan.white@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul H Dawes
Paul Dawes Law  Offices
49 Wisteria Way
Atherton, CA 94027

Lauren G Kerkhoff
Robbins Geller Rudman & Dowd LLP
655 West Broadway  Suite 1900
San Diego, CA 92101-8498

William S Lerach
Coughlin Stoia Geller Rudman and Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101

Karen T Rogers
Milberg LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071

Bruce G Vanyo
Katten Muchin
2029 Century Park East   Suite 2600
Los Angeles, CA 90067
```

−5−