# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV06-00169-CJC(RNBx) | Date | December 13, 2010 |
| Title | In Re Cooper Companies, Inc., Securities Litigation | | |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Julie Barrera | Maria Dellaneve | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| X. Jay Alvarez | Charles W. Cox |
| Keith Park | Judson Lobdell |

**Proceedings:** Plaintiff's Motion For Final Approval Of Settlement, Plan Of Allocation Of Settlement Proceeds And An Award Of Attorneys' Fees And Expenses (fld 9/7/10)

The Court and counsel confer. Court approves the settlement of allocation of proceeds and attorney fees.

The Court signs the following orders and judgment this date:
 Order Approving Plan of allocation of Settlement Proceeds
 Order Awarding Lead Counsel's Attorneys' Fees and Expenses
 Final Judgment and Order of Dismissal with Prejudice

: 05

Initials of Preparer  jcb