ROBBINS GELLER RUDMAN
  & DOWD LLP
KEITH F. PARK (54275)
X. JAY ALVAREZ (134781)
JONAH H. GOLDSTEIN (193777)
G. PAUL HOWES (187772)
RYAN A. LLORENS (225196)
DARRYL J. ALVARADO (253213)
MAUREEN E. MUELLER (253431)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
keithp@rgrdlaw.com
jaya@rgrdlaw.com
jonahg@rgrdlaw.com
paulh@rgrdlaw.com
ryanl@rgrdlaw.com
dalvarado@rgrdlaw.com
mmueller@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re COOPER COMPANIES, INC. SECURITIES LITIGATION ─────────────────────────── This Document Relates To: ALL ACTIONS. ─────────────────────────── | ) ) ) ) ) ) ) ) ) ) ) ) ) | 

No. SACV-06-00169-CJC(RNBx)

<u>CLASS ACTION</u>

[~~PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

DATE: December 13, 2010
TIME: 1:30 p.m.
COURTROOM: The Honorable
                         Cormac J. Carney

581698_1

THIS MATTER having come before the Court on Lead Plaintiffs' application for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of July 28, 2010 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation. No Person objected to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: December 13, 2010

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

581698_1