```
 1 │ ROBBINS GELLER RUDMAN
   │    & DOWD LLP
 2 │ KEITH F. PARK (54275)
   │ X. JAY ALVAREZ (134781)
 3 │ JONAH H. GOLDSTEIN (193777)
   │ G. PAUL HOWES (187772)
 4 │ RYAN A. LLORENS (225196)
   │ DARRYL J. ALVARADO (253213)
 5 │ MAUREEN E. MUELLER (253431)
   │ 655 West Broadway, Suite 1900
 6 │ San Diego, CA  92101
   │ Telephone:  619/231-1058
 7 │ 619/231-7423 (fax)
   │ keithp@rgrdlaw.com
 8 │ jaya@rgrdlaw.com
   │ jonahg@rgrdlaw.com
 9 │ paulh@rgrdlaw.com
   │ ryanl@rgrdlaw.com
10 │ dalvarado@rgrdlaw.com
   │ mmueller@rgrdlaw.com
11 │
   │ Lead Counsel for Plaintiffs
12 │
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re COOPER COMPANIES, INC. SECURITIES LITIGATION | No. SACV-06-00169-CJC(RNBx) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. | |
| | DATE:  December 13, 2010 |
| | TIME:  1:30 p.m. |
| | COURTROOM:  The Honorable Cormac J. Carney |

581696_1

1  This matter having come before the Court on December 13, 2010, on the
2  application of counsel for the Lead Plaintiffs for an award of attorneys' fees and
3  expenses incurred in the captioned action, the Court, having considered all papers
4  filed and proceedings conducted herein, having found the settlement of this action to
5  be fair, reasonable, and adequate and otherwise being fully informed in the premises
6  and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of July 28, 2010 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Plaintiffs' Lead Counsel attorneys' fees of 24.3% of the Settlement Fund, plus expenses in the amount of $1,463,217.47 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

4. The fees shall be allocated among counsel for the plaintiffs by Plaintiffs' Lead Counsel in a manner that reflects each such counsel's contribution to the institution, prosecution and resolution of the captioned action.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Plaintiffs' Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.2 thereof which terms, conditions and obligations are incorporated herein.

- 1 -

581696_1

6. Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards Lead Plaintiff UNITE the sum of $57,398.74 for its time and expenses in representing the Class.

IT IS SO ORDERED.

DATED: December 13, 2010

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

581696_1